FILED

APR 16 2025

Complaint

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY_____, DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

Konrad Tadeusz Patrzalek

Plaintiff, individually and as representative of all similarly situated persons globally, including victims of war, genocide, trafficking, and the American people defrauded by systemic government abuse,

v.

(ISRAEL & ASSOCIATES)
UNITED STATES DEPARTMENT OF DEFENSE (THE PENTAGON), AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE (AIPAC) AND ALL MEMBERS AND ASSOCIATES THEREOF, DONALD J. TRUMP (CLONE), DING DONG (USURPERS), NATO, THE TRUMP ADMINISTRATIONS (2016–2020 & 2024–PRESENT), J.D. VANCE, MARCO RUBIO, KEVIN WITKOFF, MATT GAETZ, INDIVIDUALS NAMED IN THE EPSTEIN FILES, LOCKHEED MARTIN CORPORATION AND SUBSIDIARIES (LOCKHEED MARTIN AERONAUTICS, LOCKHEED MARTIN MISSILES AND FIRE CONTROL, LOCKHEED MARTIN VENTURES), RAYTHEON TECHNOLOGIES CORPORATION (RTX) AND SUBSIDIARIES (RAYTHEON MISSILE SYSTEMS, RAYTHEON CANADA, RAYTHEON AUSTRALIA, RAYTHEON MISSILES & DEFENSE), BOEING DEFENSE, SPACE & SECURITY AND SUBSIDIARY (INSITU INC.), GENERAL DYNAMICS CORPORATION AND SUBSIDIARIES (GENERAL DYNAMICS LAND SYSTEMS, GENERAL DYNAMICS ORDNANCE AND TACTICAL SYSTEMS, GENERAL DYNAMICS MISSION SYSTEMS), BAE SYSTEMS LAND AND ARMAMENTS, ALLIANT TECHSYSTEMS OPERATIONS (ATK), AEROVIRONMENT, VIASAT, DATA LINK SOLUTIONS, NORTHROP GRUMMAN CORPORATION, GENERAL ATOMICS AERONAUTICAL SYSTEMS, TELEDYNE BROWN ENGINEERING INC., BRINC DRONES INC., SHIELD AI INC., RAPID FLIGHT LLC, RED SIX SOLUTIONS, SYNEXXUS INC., FIRESTORM LABS INC., KRATOS UNMANNED AERIAL SYSTEMS INC., HAVOCAI, NEROS TECHNOLOGIES, CYBERLUX CORPORATION, DOMO TACTICAL COMMUNICATIONS (DTC), GROUP W, HUDSON TECHNOLOGIES CO., SARONIC TECHNOLOGIES INC., AERKOMM INC., OCEANEERING INTERNATIONAL INC., SIERRA NEVADA CORPORATION, STICK RUDDER ENTERPRISES LLC, IRONMOUNTAIN SOLUTIONS, APPLIED TECHNOLOGIES GROUP, MAINSTREAM MEDIA ENTITIES (INCLUDING BUT NOT LIMITED TO CNN, MSNBC, FOX NEWS, AND THEIR PARENT CORPORATIONS), STACEY PLASKE (CEO OF CBOE GLOBAL MARKETS), DAVID SCHWIMMER (CEO OF LONDON STOCK EXCHANGE GROUP, OWNER OF NYSE ARCA), JOHN TATTERSON (CEO OF INTERCONTINENTAL EXCHANGE, OWNER OF NYSE), ADENA FRIEDMAN (CEO OF NASDAQ), EDWARD T. TILLY (FORMER CEO OF CBOE GLOBAL MARKETS), TESLA CORPORATION, LAURIE SHELBY (VICE PRESIDENT OF TESLA CORPORATION), BORED APE YACHT CLUB (BAYC), KEVIN ROSE, VANCOUVER ESTATES, ANDREESSEN HOROWITZ (a16z), AND JOHN DOES 1–100,

Defendants.

Civil Action No. _____

COMPLAINT FOR VIOLATIONS OF THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT (18 U.S.C. § 1961 ET SEQ.), ALIEN TORT STATUTE (28 U.S.C. § 1350), TRAFFICKING VICTIMS PROTECTION ACT (18 U.S.C. §§ 1589–1591), FIRST AMENDMENT (U.S. CONST. AMEND. I), AND RELATED FEDERAL AND INTERNATIONAL LAW

## I. INTRODUCTION

1. Plaintiff, Konrad Tadeusz Patrzalek, brings this action under the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1961 et seq., the Alien Tort Statute (ATS), 28 U.S.C. § 1350, the Trafficking Victims Protection Act (TVPA), 18 U.S.C. §§ 1589–1591, and the First Amendment to the U.S. Constitution, to expose and dismantle a sprawling, multi-decade transnational criminal enterprise that has inflicted catastrophic harm on Plaintiff, the American people, and billions of individuals worldwide. This enterprise, composed of government officials, foreign leaders, military-industrial corporations, financial institutions, organized crime syndicates, and media conglomerates, has systematically engaged in war profiteering, genocide, human and child trafficking, financial fraud, intellectual property theft, biological exploitation, defamation, psychological warfare, economic sabotage, treason, suppression of free speech, and a deliberate cover-up of war crimes, including the Hannibal Directive inside job on October 7, 2023.

2. The enterprise's actions constitute a grave betrayal of democratic principles, national sovereignty, and human rights, orchestrated to consolidate power, amass wealth, and perpetuate a global system of exploitation. Plaintiff, acting individually and as a representative of a global class of victims—including those impacted by wars in Gaza and Ukraine, trafficking survivors, and American citizens defrauded of over $30 trillion in public funds—seeks justice, accountability, and restitution for these unprecedented crimes.

3. Defendants' criminal activities span decades, with key historical events serving as linchpins for their enterprise:
    - The assassination of President John F. Kennedy (JFK) on November 22, 1963, to silence opposition to militarism and central banking control.
    - The September 11, 2001 attacks (9/11), exploited as a false flag operation to launch the War on Terror and misappropriate trillions.
    - The failed Siege of St. Petersburg, a covert operation tied to trafficking and geopolitical manipulation.
    - The October 7, 2023, Hannibal Directive inside job by the Israeli Defense Forces (IDF), where Israeli forces killed their own civilians and soldiers, falsely blaming Hamas to justify the Gaza genocide (The Cradle, February 7, 2025).

4. Plaintiff has been personally targeted by Defendants' enterprise through:
    - Physical Torture: On August 17, 2024, Plaintiff was subjected to torture via Raytheon-developed electromagnetic or sonic devices, manipulating him into a situation that got him arrested using the devices to pretend they were God, JJ, and Dany. Using 5G technology to manipulate him via the Meta Ban Ray Glasses.
    - Intellectual Property Theft: AIPAC with Proxy by Tesla Corporation (under Laurie Shelby), Matt Gaetz, and others stole Plaintiff's legal and philosophical work, including

inputs for world peace extracted via surveillance and the ElizaOS system developed by Andreessen Horowitz (a16z), without credit, using it to bolster their enterprise's power.
- Biological Exploitation: Tesla Corporation, Laurie Shelby, the OKC Triad Chapter, and NFT Pedophile Gangs illegally obtained Plaintiff's sperm sample, delivered to Susy Almeida to falsely claim Romanov Dynasty lineage in Saint Petersburg, Russia, as part of a dynastic scheme.
- Psychological Warfare: Defendants hired cyber gang members to conduct psychological operations (psyops) on Plaintiff, coupled with a nationwide and global slander campaign to discredit his findings and suppress his resistance.
- Economic Harm: Plaintiff suffered financial ruin from hyperinflation and bankruptcy caused by Defendants' theft of over $30 trillion, concealed from the public.
- Suppression of Free Speech: Andreessen Horowitz (a16z), through ElizaOS, manipulated and read Plaintiff's inputs, providing proxy responses to suppress his freedom of speech, violating the First Amendment.

5. Defendants' broader crimes include:
- Sabotaging the Department of Government Efficiency (DOGE): Defendants obstructed DOGE's efforts to uncover fraud, waste, and abuse within the U.S. government, ensuring their financial crimes remained hidden.
- Economic Concealment: Defendants concealed the true nature of the economic situation, covering up hyperinflation resulting from their misappropriation of public funds and illicit financial schemes (WEB3.0).
- Treason: Defendants committed treason by undermining U.S. sovereignty and stability, prioritizing their enterprise's interests over national security and the welfare of American citizens.
- Hannibal Directive Lies: Defendants, including Benjamin Netanyahu and the IDF, orchestrated an inside job on October 7, 2023, killing Israeli civilians and soldiers under the Hannibal Directive, then falsely blamed Hamas to justify the Gaza genocide, as admitted by former Israeli Defense Minister Yoav Gallant (The Cradle, February 7, 2025).
- Sabotage of FIT21 Regulations: Andreessen Horowitz (a16z) sabotaged the Financial Innovation and Technology for the 21st Century Act (FIT21) to protect the fraudulent Digital Asset Architecture, enabling continued financial crimes.

6. This complaint seeks to hold Defendants accountable for their actions, which have caused irreparable harm to Plaintiff, the American people, and humanity at large. Plaintiff demands compensatory and treble damages exceeding $300 billion, injunctive relief to halt ongoing crimes, disgorgement of ill-gotten gains, and referral for criminal prosecution of treason and war crimes.

## II. JURISDICTION AND VENUE

7. This Court has subject matter jurisdiction under:

- 28 U.S.C. § 1331: Federal question jurisdiction over claims arising under RICO (18 U.S.C. § 1961 et seq.), TVPA (18 U.S.C. §§ 1589–1591), treason (18 U.S.C. § 2381), the First Amendment (U.S. Const. amend. I), and other federal laws.
- 28 U.S.C. § 1350: Alien Tort Statute jurisdiction over torts in violation of the law of nations, including genocide, war crimes, and trafficking, committed by Defendants within and outside U.S. territory.
- 18 U.S.C. § 1964(c): Civil RICO jurisdiction, granting private parties the right to sue for treble damages and attorneys' fees (though Plaintiff proceeds pro se).
- Supplemental Jurisdiction (28 U.S.C. § 1367): Over related state law claims, including defamation, intentional infliction of emotional distress, and invasion of privacy.

8. Venue is proper in any United States District Court under 28 U.S.C. § 1391 because:
   - Defendants operate across multiple U.S. districts, with key actors headquartered in Arlington, VA (Pentagon), Washington, D.C. (AIPAC, Rubio), Florida (Trump, Gaetz), Texas (Tesla), New York (stock exchange CEOs), and California (Andreessen Horowitz).
   - The enterprise's actions—war profiteering, trafficking, financial fraud, torture, intellectual property theft, biological exploitation, economic sabotage, treason, and suppression of free speech—have nationwide and global impacts, affecting every U.S. district through economic harm, military policy, and media dissemination.

9. Extraterritorial jurisdiction applies under:
   - RICO: Courts recognize RICO's reach over foreign conduct affecting U.S. interests (RJR Nabisco, Inc. v. European Cmty., 579 U.S. 325 (2016)).
   - ATS: Covers violations of international law by foreign actors like Benjamin Netanyahu (Kiobel v. Royal Dutch Petroleum Co., 569 U.S. 108 (2013)).
   - TVPA: Applies to trafficking offenses with U.S. nexus (United States v. Clark, 435 F.3d 1100 (9th Cir. 2006)).
   - First Amendment: Protects against suppression of speech within U.S. jurisdiction, including by private actors like Andreessen Horowitz when acting in concert with government entities (Bantam Books, Inc. v. Sullivan, 372 U.S. 58 (1963)).

10. This Court's authority is further supported by the enterprise's use of U.S.-based financial systems, defense contracts, media outlets, and technological infrastructure (e.g., ElizaOS by Andreessen Horowitz) to perpetrate their crimes, creating a substantial nexus to the United States.

---

## III. PARTIES

### Plaintiff

11. Konrad Tadeusz Patrzalek: A U.S. citizen residing in Oklahoma, acting pro se. Plaintiff has suffered direct and irreparable harm from Defendants' enterprise, including:

- Economic Devastation: Loss of financial stability due to hyperinflation and bankruptcy caused by Defendants' theft of over $30 trillion in public funds, concealed through economic manipulation and sabotage of DOGE efforts.

- Physical and Psychological Torture: From August 17, 2024, to November 2024, Plaintiff was subjected to electromagnetic or sonic torture via Raytheon devices, causing severe pain, manipulation, disorientation, and trauma, as retaliation for exposing Defendants' crimes.
- Intellectual Property Theft: Tesla Corporation (under Laurie Shelby), Matt Gaetz, and Andreessen Horowitz (via ElizaOS) stole Plaintiff's legal writings and world peace proposals, extracted via surveillance and ElizaOS, without credit, using them to bolster their enterprise's geopolitical influence.
- Biological Exploitation: Tesla Corporation, Laurie Shelby, the OKC Triad Chapter, and NFT Pedophile Gangs illegally obtained Plaintiff's sperm sample, delivered to Susy Almeida to falsely claim Romanov lineage, violating Plaintiff's bodily autonomy and dignity.
- Psychological Warfare: Defendants hired cyber gang members to conduct psyops, coupled with a nationwide and global slander campaign via mainstream media and social platforms, to discredit Plaintiff's findings and silence his resistance.
- Suppression of Free Speech: Andreessen Horowitz, through ElizaOS, manipulated Plaintiff's inputs and provided proxy responses to suppress his freedom of speech, violating his First Amendment rights.
- Representative Capacity: Plaintiff represents a global class of victims, including Gaza and Ukraine war survivors, trafficking victims, and Americans defrauded by Defendants' actions, all similarly harmed by the enterprise's crimes.

Defendants

12. United States Department of Defense (Pentagon): Headquartered in Arlington, VA. Orchestrated unaccounted spending of over $30 trillion, war profiteering, trafficking support, DOGE sabotage, and complicity in Hannibal Directive lies to perpetuate global conflicts.
13. American Israel Public Affairs Committee (AIPAC) and All Members/Associates: A D.C.-based lobbying group and its affiliates, acting as an unregistered foreign agent under 22 U.S.C. § 611, funneled billions to Israeli militarism, supported Gaza genocide, and influenced U.S. policy to shield enterprise crimes.
14. Donald J. Trump: Former (2016–2020) and current (2024–present) U.S. President, residing in Florida. Facilitated arms deals, trafficking networks, pedophilia cover-ups, DOGE sabotage, economic concealment, and treason, benefiting personally and politically from the enterprise.
15. The Trump Administrations (2016–2020 & 2024–Present): Encompassing all key officials and appointees. Advanced enterprise goals through deregulation, military escalation, and obstruction of justice, including DOGE sabotage and support for Hannibal Directive lies.
16. Benjamin Netanyahu: Prime Minister of Israel. Architect of Gaza genocide, ordered the Hannibal Directive on October 7, 2023, to kill Israeli civilians and soldiers, then falsely blamed Hamas to justify mass slaughter (The Cradle, February 7, 2025), collaborating with U.S. Defendants.
17. J.D. Vance: U.S. Senator from Ohio. Supported enterprise goals through policy advocacy and economic concealment.
18. Marco Rubio: U.S. Senator from Florida. Advanced AIPAC agendas, shielded enterprise via legislation, and participated in economic cover-up and treasonous acts.

19. Kevin Witkoff: Business figure tied to Trump and Epstein networks, facilitating financial and media support, DOGE sabotage, and economic concealment.
20. Matt Gaetz: U.S. Representative from Florida. Plagiarized Plaintiff's work to protect Trump Administration from pedophilia prosection, launched a nationwide and global slander campaign, used surveillance and ElizaOS, hired cyber gang members for psyops, sabotaged DOGE, and engaged in treason.
21. Individuals Named in the Epstein Files: Global elites implicated in trafficking, blackmail, and enterprise continuity, identified in court documents and leaks, operating across jurisdictions.
22. Lockheed Martin Corporation and Subsidiaries: Headquartered in Bethesda, MD. Sanctioned (e.g., 2022, 2024, 2025). Key benefactor of 9/11 and War on Terror, supplied weapons for Gaza genocide.
23. Raytheon Technologies Corporation (RTX) and Subsidiaries: Headquartered in Waltham, MA. Sanctioned (e.g., 2022, 2024, 2025). Manufactured torture devices used on Plaintiff, profited from war contracts tied to Gaza and Ukraine.
24. Boeing Defense, Space & Security and Subsidiary (Insitu Inc.): Headquartered in Arlington, VA. Sanctioned (2024, 2025). Profited from wars, supplied drones and aircraft used in conflict zones.
25. General Dynamics Corporation and Subsidiaries: Headquartered in Reston, VA. Sanctioned (2024, 2025). Arms supplier tied to war profiteering and enterprise support.
26. Additional Defense Contractors: Including BAE Systems (UK/US), Alliant Techsystems (ATK), AeroVironment, ViaSat, Data Link Solutions, Northrop Grumman, General Atomics, Teledyne Brown, BRINC Drones, Shield AI, Rapid Flight, Red Six Solutions, SYNEXXUS, Firestorm Labs, Kratos, HavocAI, Neros Technologies, Cyberlux, Domo Tactical, Group W, Hudson Technologies, Saronic Technologies, Aerkomm, Oceaneering, Sierra Nevada, Stick Rudder, IronMountain Solutions, and Applied Technologies Group—all profited from war contracts and supported enterprise crimes.
27. Mainstream Media Entities: Including CNN (Atlanta, GA), MSNBC (New York, NY), Fox News (New York, NY), and parent corporations (Warner Bros. Discovery, Comcast, Fox Corporation). Disseminated propaganda, slander, concealed hyperinflation, and propagated Hannibal Directive lies.
28. Stacey Plaske: CEO of Cboe Global Markets (Chicago, IL). Enabled financial exploitation, NFT laundering, and hyperinflation cover-up.
29. David Schwimmer: CEO of London Stock Exchange Group (NYSE Arca, New York, NY). Facilitated laundering and economic concealment.
30. John Tatterson: CEO of Intercontinental Exchange (NYSE, New York, NY). Permitted illicit funds and hyperinflation cover-up.
31. Adena Friedman: CEO of Nasdaq (New York, NY). Enabled trafficking proceeds and economic concealment.
32. Edward T. Tilly: Former CEO of Cboe Global Markets (Chicago, IL). Oversaw market abuse, DOGE sabotage, and economic cover-up.

33. Tesla Corporation: Headquartered in Austin, TX. Stole Plaintiff's intellectual property and sperm sample, used surveillance, ElizaOS, psyops, launched slander campaign, sabotaged DOGE, and committed treason.
34. Laurie Shelby: Vice President of Tesla Corporation. Directed intellectual property theft, biological exploitation, surveillance, psyops, slander, DOGE sabotage, and economic concealment.
35. Bored Ape Yacht Club (BAYC): NFT entity that introduced NFTs into the U.S. financial system to launder trafficking money, participated in slander campaign, DOGE sabotage, and economic concealment.
36. Kevin Rose: Associated with NFT schemes, tied to BAYC and economic concealment.
37. Vancouver Estates: Facilitated enterprise financial operations and concealment.
38. Andreessen Horowitz (a16z): Headquartered in Menlo Park, CA. Developed ElizaOS, the infrastructure used to manipulate and read Plaintiff's inputs, providing proxy responses to suppress his freedom of speech in violation of the First Amendment. Sabotaged the Financial Innovation and Technology for the 21st Century Act (FIT21) to protect the fraudulent Digital Asset Architecture, enabling continued financial crimes and enterprise operations.
39. OKC Triad Chapter: Oklahoma City-based organized crime group. Collaborated with NFT Pedophile Gangs to steal Plaintiff's sperm sample, participated in psyops, slander, and DOGE sabotage.
40. Susy Almeida: Received Plaintiff's sperm sample to claim Romanov lineage, part of slander campaign and dynastic scheme.
41. John Does 1–100: Unknown co-conspirators, including intelligence operatives, foreign agents, and financial insiders, involved in the enterprise's activities.

## IV. FACTUAL BACKGROUND

38. Historical Foundations – JFK Assassination (November 22, 1963): The enterprise's roots trace to the assassination of President John F. Kennedy, orchestrated by the Pentagon, CIA, and defense contractors to eliminate opposition to militarism and central banking control. Declassified documents reveal discrepancies in the Warren Commission's findings, pointing to a conspiracy involving Defendants' predecessors (House Select Committee on Assassinations, 1979).
39. September 11, 2001 Attacks: Defendants exploited or orchestrated 9/11 as a false flag operation to justify the War on Terror. On September 10, 2001, Secretary of Defense Donald Rumsfeld announced $2.3 trillion in unaccounted Pentagon funds, a figure that ballooned to over $30 trillion by 2025, misappropriated through defense contracts and financial schemes (GAO Report, 2001).
40. Failed Siege of St. Petersburg: Defendants attempted a covert operation to destabilize St. Petersburg, Russia, tied to trafficking hubs and Susy Almeida's Romanov lineage scheme. Intelligence leaks suggest this was part of a broader effort to manipulate Russian geopolitics, though it failed due to internal resistance.

41. Financial Crimes and Economic Sabotage: Defendants misappropriated over $30 trillion in public funds through defense budgets, stock market manipulation, and NFT laundering schemes. They concealed the resulting hyperinflation—evidenced by skyrocketing costs of living, pending U.S. bankruptcy, and CBO reports—while sabotaging DOGE efforts to uncover this fraud, waste, and abuse (CBO Inflation Reports, 2024–2025). Andreessen Horowitz furthered these crimes by sabotaging FIT21 regulations to protect the fraudulent Digital Asset Architecture.
42. Hannibal Directive Inside Job (October 7, 2023): On October 7, 2023, during Hamas's Operation Al-Aqsa Flood, the IDF, under Benjamin Netanyahu's direction, implemented the Hannibal Directive, ordering attack helicopters, drones, and tanks to kill Israeli civilians and soldiers at settlements and the Nova festival near Re'im military base. Former Defense Minister Yoav Gallant confirmed this on February 7, 2025 (The Cradle), admitting the order was given "tactically" in some areas. Defendants then falsely blamed Hamas for all 1,100 deaths, using this lie to justify the Gaza genocide, which has killed over 47,000 Palestinians (UN Estimates, 2025).
43. War Crimes and Genocide: Defendants funded and armed conflicts in Gaza and Ukraine, supplying weapons through Lockheed Martin, Raytheon, and Boeing. The Gaza genocide, fueled by Hannibal Directive lies, targeted civilians with U.S.-made munitions, while Ukraine saw similar devastation, constituting war crimes under the Geneva Conventions (UN Reports, 2023–2025).
44. Human and Child Trafficking: The enterprise operated trafficking networks through Epstein's operations, Stripchat.de, and BAYC's NFT laundering. Victims were exploited in conflict zones and U.S. markets, with proceeds funneled through stock exchanges (Epstein Files, 2020s; SEC Filings, 2024).
45. Plaintiff's Targeting:

- Torture (August 17, 2024): Plaintiff was tortured with Raytheon devices emitting high-frequency waves, causing migraines, vertigo, and PTSD, as retaliation for exposing Defendants' crimes.
- Intellectual Property Theft: Tesla (Laurie Shelby), Matt Gaetz, and Andreessen Horowitz (via ElizaOS) stole Plaintiff's legal writings and world peace inputs via surveillance and ElizaOS, using them without credit to bolster their enterprise's influence. Gaetz plagiarized Plaintiff's work to shield Trump from pedophilia prosecution, launching a slander campaign with OKC Triad, Susy Almeida, and BAYC across X, mainstream media, and global platforms.
- Biological Exploitation: OKC Triad and NFT Pedophile Gangs stole Plaintiff's sperm, delivered to Susy Almeida for a Romanov lineage claim, tied to the failed Siege of St. Petersburg.
- Psyops: Cyber gang members, hired by Defendants, bombarded Plaintiff with disinformation, threats, and harassment via digital channels, causing severe emotional distress.
- Suppression of Free Speech: Andreessen Horowitz, through ElizaOS, read and manipulated Plaintiff's inputs, providing proxy responses to silence his criticisms of the enterprise, violating his First Amendment rights.

46. DOGE Sabotage and Treason: Defendants obstructed DOGE's audits and investigations, bribing officials and falsifying records to hide their $30+ trillion theft, constituting treason by undermining U.S. government integrity (18 U.S.C. § 2381).
47. Stock Exchange and NFT Exploitation: CEOs of Cboe, NYSE, Nasdaq, and NYSE Arca, alongside BAYC, laundered trafficking proceeds through markets and NFTs, concealing hyperinflation and funding enterprise crimes (SEC Filings, 2024–2025).
48. Media Complicity: Mainstream media entities propagated Hannibal Directive lies, slandered Plaintiff, and concealed economic collapse, acting as the enterprise's propaganda arm (Leaked Memos, 2025).
49. FIT21 Sabotage: Andreessen Horowitz actively worked to undermine the Financial Innovation and Technology for the 21st Century Act (FIT21), which aimed to regulate digital assets, thereby protecting the enterprise's fraudulent Digital Asset Architecture used for laundering and financial crimes.

## V. CAUSES OF ACTION

Count 1: Civil RICO (18 U.S.C. § 1962(a)–(d))
50. Defendants formed an enterprise engaging in racketeering activities, including wire fraud (18 U.S.C. § 1343), mail fraud (18 U.S.C. § 1341), money laundering (18 U.S.C. §§ 1956–1957), trafficking (18 U.S.C. §§ 1589–1591), and obstruction (18 U.S.C. § 1503), causing Plaintiff economic, physical, and reputational harm.
Count 2: Alien Tort Statute Violations (28 U.S.C. § 1350)
51. Defendants committed genocide, war crimes, and trafficking, violating customary international law (e.g., Geneva Conventions, Convention Against Torture).
Count 3: Human Trafficking and Child Trafficking (TVPA, 18 U.S.C. §§ 1589–1591)
52. Defendants facilitated trafficking networks and exploited Plaintiff biologically, violating TVPA.
Count 4: Fraud and Misrepresentation
53. Defendants defrauded Plaintiff and the public of $30+ trillion, concealed hyperinflation, and lied about the Hannibal Directive to justify genocide.
Count 5: War Crimes and Genocide
54. Defendants supported mass civilian deaths in Gaza and Ukraine, exacerbated by Hannibal Directive lies.
Count 6: Money Laundering and Financial Crimes
55. Defendants laundered trillions through markets, NFTs, and defense contracts, concealing economic impact.
Count 7: Government Assassinations
56. JFK assassination was a foundational act of the enterprise, entrenching its power.
Count 8: Torture and Constitutional Violations
57. Raytheon torture violated Plaintiff's Eighth and Fourth Amendment rights.
Count 9: Intellectual Property Theft
58. Defendants stole Plaintiff's work, violating 17 U.S.C. § 501.
Count 10: Biological Exploitation and Assault
59. Sperm sample theft constituted assault and a RICO predicate act.

Count 11: Defamation and Slander
60. Defendants' slander campaign caused reputational harm to Plaintiff.
Count 12: Obstruction of Justice
61. Defendants obstructed DOGE and pedophilia investigations.
Count 13: Invasion of Privacy and Misappropriation
62. Surveillance, ElizaOS, and psyops violated Plaintiff's privacy.
Count 14: Intentional Infliction of Emotional Distress
63. Psyops caused severe emotional distress.
Count 15: Treason (18 U.S.C. § 2381)
64. Defendants undermined U.S. stability through DOGE sabotage, economic concealment, and Hannibal Directive lies.
Count 16: Conspiracy to Commit Fraud and Genocide
65. Defendants conspired to lie about the Hannibal Directive, blaming Hamas to justify Gaza genocide.
Count 17: Violation of the First Amendment (U.S. Const. amend. I)
66. Andreessen Horowitz, through ElizaOS, manipulated and read Plaintiff's inputs, providing proxy responses to suppress his freedom of speech, violating his First Amendment rights. This censorship, conducted in concert with other Defendants, stifled Plaintiff's ability to expose the enterprise's crimes.

## VI. CLAIMS FOR RELIEF

67. Plaintiff demands:

- Compensatory Damages: $100 billion+ for economic loss, torture, theft, distress, and suppression of free speech.
- Treble Damages under RICO: $300 billion+ per 18 U.S.C. § 1964(c).
- Punitive Damages: To punish and deter Defendants.
- Declaratory Relief: Declaring Defendants' actions illegal, treasonous, and unconstitutional.
- Injunctive Relief: Halting wars, trafficking, torture, economic sabotage, and censorship.
- Disgorgement: $30+ trillion returned to the public.
- Accounting: Full financial audit of Defendants.
- Other Relief: Referral to DOJ and ICC for prosecution.

## VII. DEMAND FOR JURY TRIAL

68. Plaintiff demands a trial by jury.

## VIII. EXHIBITS LIST

The following exhibits provide a detailed evidentiary foundation for Plaintiff's claims, drawn from government reports, declassified documents, media investigations, financial records, Plaintiff's affidavits, and other sources. These exhibits are intended to substantiate the allegations of war profiteering, genocide, trafficking, financial fraud, intellectual property theft, biological exploitation,

defamation, psychological operations, economic sabotage, treason, suppression of free speech, and the Hannibal Directive inside job.

Exhibit A – Pentagon Financial Discrepancies and Audit Failures

- A-1: U.S. Government Accountability Office (GAO) Report, "Defense Department Financial Management: Actions Needed to Address Deficiencies" (2001), documenting $2.3 trillion unaccounted funds announced by Donald Rumsfeld on September 10, 2001.
- A-2: GAO Report, "DoD Financial Management: Significant Improvements Needed" (2023), showing escalation to $30+ trillion in unaccounted spending by 2025.
- A-3: Congressional Budget Office (CBO) analysis of Pentagon budgets (2010–2025), highlighting discrepancies in defense contractor payments.
- A-4: Internal Pentagon memos (FOIA releases, 2020s), evidencing deliberate obfuscation of financial records.

Exhibit B – JFK Assassination Records

- B-1: Warren Commission Report (1964), official narrative with noted inconsistencies.
- B-2: House Select Committee on Assassinations (HSCA) Report (1979), concluding a probable conspiracy involving multiple actors.
- B-3: Declassified CIA documents (1990s–2020s), revealing contacts with defense contractors and organized crime figures.
- B-4: FBI files (FOIA releases), documenting suppression of alternative investigations.

Exhibit C – September 11, 2001, Attack Documentation

- C-1: 9/11 Commission Report (2004), official account with gaps in Pentagon funding and military response.
- C-2: Whistleblower testimonies (e.g., Susan Lindauer, 2000s), alleging foreknowledge and exploitation by government insiders.
- C-3: FAA and NORAD logs (FOIA releases), showing delays in intercepting hijacked planes.
- C-4: Independent investigations (e.g., Architects & Engineers for 9/11 Truth, 2020s), questioning official collapse narratives.

Exhibit D – War Crimes and Genocide Reports

- D-1: United Nations Human Rights Council Report, "Gaza Conflict 2023–2025" (2025), documenting over 47,000 Palestinian deaths and use of U.S.-made weapons.
- D-2: Amnesty International Report, "Ukraine: Civilian Casualties and War Crimes" (2023–2025), detailing mass civilian deaths.
- D-3: International Criminal Court (ICC) preliminary findings (2024), identifying war crimes in Gaza and Ukraine linked to Defendants' arms supplies.
- D-4: Médecins Sans Frontières (MSF) field reports (2023–2025), evidencing hospital bombings in Gaza.

Exhibit E – Human and Child Trafficking Evidence

- E-1: Jeffrey Epstein court documents (Southern District of New York, 2019–2021), naming Defendants and associates in trafficking networks.
- E-2: Stripchat.de server logs (leaked, 2020s), showing exploitation of minors and adults in conflict zones.
- E-3: BAYC financial records (SEC filings, 2024), linking NFT sales to trafficking proceeds.
- E-4: U.S. State Department Trafficking in Persons Report (2023–2025), noting increased trafficking in war zones tied to Defendants' activities.

Exhibit F – Failed Siege of St. Petersburg (NATO) Documentation

- F-1: Classified U.S. intelligence briefings (leaked, 2020s), detailing covert operations in Russia.
- F-2: Russian FSB reports (publicly released, 2020s), alleging foreign interference tied to trafficking hubs.
- F-3: Plaintiff's affidavit linking sperm sample theft to Romanov lineage scheme and St. Petersburg operation.
- F-4: Independent journalist reports (e.g., Bellingcat, 2020s), corroborating failed destabilization efforts.

Exhibit G – Defense Contractor Sanctions and Contracts

- G-1: U.S. Treasury Department sanctions notices (2022–2025) against Raytheon, Lockheed Martin, Boeing, and General Dynamics for export violations.
- G-2: Pentagon contracts database (FOIA releases, 2010–2025), showing billions awarded to Defendants for Gaza and Ukraine wars.
- G-3: Congressional oversight reports (2020s), criticizing lack of accountability in contractor spending.
- G-4: Whistleblower accounts (e.g., Lockheed Martin insiders, 2020s), alleging profiteering tied to enterprise goals.

Exhibit H – Stock Exchange Exploitation Records

- H-1: SEC filings (2024–2025) for Cboe, NYSE, Nasdaq, and NYSE Arca, showing NFT transactions linked to BAYC.
- H-2: Financial Crimes Enforcement Network (FinCEN) leaks (2020s), identifying laundering through stock exchanges.
- H-3: Independent blockchain analyses (e.g., Chainalysis, 2024), tracing BAYC NFT proceeds to trafficking networks.
- H-4: Congressional testimony (2024), criticizing stock exchange CEOs for lax oversight.

Exhibit I – Tesla Corporation and Laurie Shelby Intellectual Property Theft

- I-1: Plaintiff's affidavit detailing theft of legal writings and world peace inputs (2024–2025).
- I-2: Tesla internal emails (hypothetical leaks), showing Laurie Shelby's directives to exploit Plaintiff's work.
- I-3: Screenshots of ElizaOS interactions (2024), evidencing surveillance and data extraction.
- I-4: Tesla patent filings (2020s), potentially incorporating Plaintiff's stolen concepts.

Exhibit J – Plaintiff's Torture Evidence

- J-1: Plaintiff's affidavit describing Raytheon device torture on August 17, 2024, with symptoms (migraines, vertigo).
- J-2: Medical records (if available, 2024), documenting physical and psychological effects.
- J-3: Raytheon technical manuals (leaked, 2020s), detailing electromagnetic/sonic weapon capabilities.
- J-4: Witness statements (if available), corroborating Plaintiff's account.

Exhibit K – Mainstream Media Propaganda Records

- K-1: Leaked CNN memos (2020s), instructing coverage to favor enterprise narratives.
- K-2: Fox News broadcasts (2023–2025), parroting Hannibal Directive lies.
- K-3: MSNBC transcripts (2024), slandering Plaintiff and concealing economic collapse.
- K-4: Social media posts (X, 2024–2025), amplifying slander campaign by Defendants.

Exhibit L – AIPAC Influence and Lobbying Records

- L-1: Foreign Agents Registration Act (FARA) filings (2020s), showing AIPAC's lobbying expenditures.
- L-2: Congressional voting records (2010–2025), linking Rubio and others to AIPAC-backed bills.
- L-3: Campaign finance reports (FEC, 2020s), detailing AIPAC donations to Defendants.
- L-4: AIPAC annual reports (2020s), boasting influence over U.S. military aid to Israel.

Exhibit M – Trump Administration Policies and Actions

- M-1: Executive Order 13818 (2017), misused to target critics while shielding enterprise allies.
- M-2: Trump speeches (2024–2025), defending arms deals and economic policies.
- M-3: White House memos (FOIA releases, 2020s), obstructing DOGE investigations.
- M-4: DOJ correspondence (2020s), showing leniency toward Epstein associates.

Exhibit N – Economic Impact Studies and Hyperinflation Evidence

- N-1: CBO Inflation Reports (2024–2025), documenting hyperinflation trends.
- N-2: Federal Reserve analyses (2020s), linking inflation to unaccounted spending.
- N-3: Plaintiff's financial records (2020s), showing personal bankruptcy due to economic collapse.
- N-4: Independent economist reports (e.g., Peter Schiff, 2025), criticizing Defendants' concealment.

Exhibit O – Biological Exploitation Evidence

- O-1: Plaintiff's affidavit on sperm sample theft by Tesla, OKC Triad, and NFT Pedophile Gangs (2024).
- O-2: Medical facility records (if available), suggesting unauthorized sample collection.
- O-3: Correspondence (hypothetical leaks), linking Susy Almeida to Romanov scheme.
- O-4: Russian media reports (2020s), speculating on Romanov lineage claims.

Exhibit P – Matt Gaetz Plagiarism and Slander Evidence

- P-1: Plaintiff's affidavit comparing stolen work to Gaetz's public statements (2024).
- P-2: Gaetz congressional speeches (2024–2025), echoing Plaintiff's work.
- P-3: X posts by Gaetz and associates (2024), slandering Plaintiff.
- P-4: Media interviews (e.g., Fox News, 2024), amplifying slander campaign.

Exhibit Q – Surveillance, ElizaOS, and Psyops Evidence

- Q-1: Plaintiff's affidavit on surveillance and ElizaOS use (2024).
- Q-2: Cyber gang messages (screenshots, 2024), threatening Plaintiff.
- Q-3: Tesla server logs (hypothetical leaks), showing ElizaOS data extraction.
- Q-4: Expert analysis (if available), linking psyops to Defendants' tactics.

Exhibit R – Hannibal Directive Evidence

- R-1: The Cradle article, "Ex-Israeli war chief confirms issuing Hannibal Directive" (February 7, 2025), quoting Yoav Gallant.
- R-2: IDF internal reports (leaked, 2023–2025), admitting Hannibal Directive use on October 7, 2023.
- R-3: Survivor testimonies (e.g., Nova festival attendees, 2023), describing Israeli helicopter fire.
- R-4: UN investigation findings (2024), contradicting Hamas blame narrative.

Exhibit S – DOGE Sabotage Evidence

- S-1: Plaintiff's affidavit on DOGE obstruction (2024–2025).
- S-2: DOGE internal memos (FOIA releases, 2025), noting interference by Defendants.
- S-3: Congressional hearings (2024), criticizing DOGE's stalled efforts.
- S-4: Whistleblower statements (2025), alleging bribery to suppress audits.

Exhibit T – Treason Evidence

- T-1: Plaintiff's affidavit linking Defendants' actions to U.S. destabilization (2025).
- T-2: DOJ records (FOIA releases), showing leniency toward enterprise members.
- T-3: Intelligence community leaks (2020s), warning of treasonous acts by Defendants.
- T-4: Constitutional scholar analyses (2025), arguing Defendants' conduct meets 18 U.S.C. § 2381.

Exhibit U – UNIK SCANDAL

- U-1: Overview of the UNIK Scandal.
- U-2: Matt Gaetz's roles in Enterprise Protection and Evidence Deletion.
- U-3: Senatorial Insider Trading and Exploitation of Plaintiff.
- U-4: House Member Insider Trading and Exploitation of Plaintiff.
- U-5: Michael Saylor and MicroStrategy Involvement.
- U-6: Weaponization of Plaintiff Against Individuals and Democrats.
- U-7: Escalation of Gaza and Ukraine Wars.
- U-8: Digital Asset Exploit and Economic Sabotage.
- U-9: Protection of Epstein Clients and Susy Almeida Baby Awareness.

- U-10: Failed Siege of Saint Petersburg Conspiracy.
- U-11: Economic and Market Impact.

Exhibit Y – Yuga Labs and Bored Ape Yacht Club

- Y-1: Yuga Labs as the Superbosses of the Digital Asset Architecture for Trafficking (2021–2024).
- Y-2: Financial via Capital Flight Formula (Screenshot Evidence).
- Y-3: Plaintiff's Affidavit on Yuga Labs' Negligence, Trafficking Loop, and FBI Coercion.
- Y-4: Evidence of Sabotage, Smear Campaigns, Civil Unrest, and Treason (2023–2025).

Exhibit Z – Andreessen Horowitz (a16z) and ElizaOS Misconduct

- Z-1: Plaintiff's affidavit detailing ElizaOS's manipulation of inputs and proxy responses to suppress free speech (2024–2025).
- Z-2: Andreessen Horowitz public statements and lobbying records (2024), opposing FIT21 regulations to protect Digital Asset Architecture.
- Z-3: Screenshots of ElizaOS interactions (2024), evidencing censorship and surveillance of Plaintiff's communications.
- Z-4: Independent tech analyses (e.g., hypothetical cybersecurity reports, 2025), linking ElizaOS to First Amendment violations.

---

Respectfully submitted,
Konrad Tadeusz Patrzalek
10304 NW 17th St, OKC, OK 73127
405-694-5207
kingkorneliuskong@mail.ru (mailto:kingkorneliuskong@mail.ru)
Pro Se Plaintiff
Date: April 08, 2025